IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ISABEL PARODI** | § | **PLAINTIFF** |
| | § | |
| **v.** | § Civil No. 1:24-cv-349-HSO-BWR | |
| | § | |
| **EVANSTON INSURANCE COMPANY** | § | **DEFENDANT** |

## FINAL JUDGMENT

In accord with the Court's Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 28th day of April, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE